UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-mc-23409-DPG

RICHARD ARROWSMITH LIQUIDATING
TRUSTEE OF THE HDL LIQUIDATING TRUST,

    Plaintiff,
vs.

MICHAEL M. BAHRAMI,

    Defendant,
and

CITY NATIONAL BANK OF FLORIDA,

    Garnishee.

_____/

## ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT FEE

    **COMES NOW** Garnishee, CITY NATIONAL BANK OF FLORIDA, by and through its undersigned attorney, answers the Writ of Garnishment served herein on it by Plaintiff/Judgment Creditor(s), RICHARD ARROWSMITH LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST, and says:

    1.    At the time of service of said Writ of Garnishment, and at the time of the filing of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B. Chapter II, Subchapter A, Part 212, *Code of Federal Regulations*, if any, the Garnishee is indebted to Defendant MICHAEL M. BAHRAMI, in the sum of $28,006.31 less $125.00 Legal Order Processing Fee *(see Garnishee's Disclosures & Schedule of Fees for Personal Accounts)* for a garnished amount of $27,881.31 (pending clearance) in accordance with Chapter 77, and primarily Section 77.06 (3) and Section 77.19, Florida Statutes to account for any post judgment interest and cost/fees that may be taxed by order of the Court. The account which was garnished ending in 5635 is titled in the names of Michael Bahrami or Masha Bahrami, Multiple Party-Joint Account with Right of Survivorship.

    2.    The Defendant also maintains a Safe Deposit Box with Garnishee, Safe Box Number ending in 3103 ("Safe Deposit Box") located at the Aventura Banking Center, 2999 N.E. 191st Street, Suite 100, Aventura, Florida 33180. Safe Deposit Box has been restricted by

*Answer of Garnishee*
CASE NO. 21-mc-23409-DPG
Page 2 of 2

Garnishee. Defendant will not have access to Safe Deposit Box until a Court Order releasing the restriction on the Safe Deposit Box is entered.

3. That Garnishee has no other deposit, account or tangible or intangible personal property of the Defendant(s) in its possession or control at the time of filing this Answer and knows of no other person indebted to the Defendant(s) or who may have the effects of the Defendant(s).

## DEMAND FOR GARNISHMENT FEE

Garnishee having fully answered, requests that it be paid the statutory fee as allowed by Section 77.28, *Florida Statutes*. Garnishee requests that Plaintiff herein issue a check made payable to Garnishee, City National Bank of Florida, and deliver said check to City National Bank of Florida, 100 SE 2nd Street, 13th Floor - Legal Department, Miami, Florida 33131.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished to the e-mail address listed on the attached Service List by e-mail this 30th day of September 2021.

CITY NATIONAL BANK OF FLORIDA

_____
MARIO D. CARBALLO, ESQUIRE
Florida Bar No. 897442
100 S.E. 2nd Street, 13th Floor
Miami, Florida 33131
Telephone: 305-577-7690
Primary E-Mail Address:
legaldepartment@citynational.com
Secondary E-Mail Address:
mario.carballo@citynational.com
*Attorney for Defendant/Mortgagee*

## SERVICE LIST

Jones Walker LLP
miamiservice@joneswalker.com