FILED BY __AG__ D.C.

OCT 26 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

1. Head of family wages. (You must check a. or b. below).
   - ✓ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.
   - ✓ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.
2. Social Security benefits.
3. Supplemental Security Income benefits.
4. Public assistance (welfare).
5. Workers' Compensation.
6. Unemployment Compensation.
7. Veterans' benefits.
8. Retirement or profit-sharing benefits or pension money.
9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.
10. Disability income benefits.
11. Prepaid College Trust Fund or Medical Savings Account.
12. ✓ Other exemptions as provided by law. __I was Never Served No Records provided to me Since 2017__ (explain)

I request a hearing to decide the validity of my claim. Notice of hearing should be given to me at:
Address: __2390 NE. 186 St. Miami, Fl, 33180__
Telephone Number: __(305) 760-8400__

The statements made in this request are true to the best of my knowledge and belief.

__[signature]__                      Date: __10/13/2021__
Defendant's signature

STATE OF __Florida__ )
                     : ss.
COUNTY OF __Miami Dade__ )

Sworn and subscribed to before me this __13__ day of __October__, 2021, by __Michael Bahoomi__.

__[signature]__
Notary Public/Deputy Clerk
Personally Known ___ OR Produced Identification __FL DL__
Type of Identification Produced __FL DL__

{BH498169.1}

Case Number:
21-MC-23409-DPG
request for Hearing
Bahoomi

[Notary seal: JOSHUA MENDEZ, MY COMMISSION EXPIRES NOVEMBER 18, 2022, #GG 277413, Bonded thru Notary Public Underwriters, NOTARY PUBLIC, STATE OF FLORIDA]

**HARVEY RUVIN**
**CLERK**
**CIRCUIT AND COUNTY COURTS**
**CIVIL COURTS DIVISION**
73 W. FLAGLER ST. #138
MIAMI, FL. 33130
CLK/CT. 958  5/08  ♻ Printed on Recycled Paper



PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY
ZIP 33331  $ 000.
02 4W
0000379559 OCT 21

REC'D BY_____ D.C.
OCT 25 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Willked Fergurson
Bankruptey Court
400 N. Miami Ave
Miami, FL 33128

IXP-PSB 33128